■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL NAVARRO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered February 10, 1983, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Bracken, Boyers and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE PETROVICH, Appellant. — Judgment of the Supreme Court, Westchester County (Reilly, J.), rendered June 2, 1982, affirmed. No opinion. ¶ This case is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., O'Connor, Rubin and Boyers, JJ., concur.